IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| CYNTHIA A. RAMSEY, ) | |
| ) | CASE NO. BK13-80999-TJM |
| Debtor(s). ) | A13-8051-TLS |
| ROOSEVELT SCOVER and ) | |
| ELLEN SCOVER, ) | |
| ) | CHAPTER 7 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CYNTHIA A. RAMSEY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter is before the court on the plaintiffs' motion for summary judgment (Fil. No. 16) and objection by the debtor-defendant (Fil. No. 25). The debtor is representing herself, and Rodney C. Dahlquist, Jr. represents the plaintiffs.

IT IS ORDERED: For the reasons stated in the Order of today's date, judgment is hereby entered in favor of the plaintiffs and against the debtor-defendant. The debt of $64,500.00 plus $2,130.00 in attorneys' fees, resulting from the Douglas County District Court Order of September 6, 2011, is not dischargeable.

DATED: January 14, 2014.

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
    Cynthia A. Ramsey
    *Rodney C. Dahlquist, Jr.
    U.S. Trustee

Movant (*) is responsible for giving notice to other parties if required by rule or statute.